RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: PAMELA A. HOSTALLERO (026711)
    MICHAEL E. GOTTFRIED (010623)
    Deputy County Attorney
    hostallp@mcao.maricopa.gov
    gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorney for Defendant Maricopa County
and Russ Skinner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of the Estate of Cassidy Stigler,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,<br><br>Defendant. | NO.<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2024-024836 TO THE UNITED STATES DISTRICT COURT** |

Defendants, County of Maricopa and Russ Skinner (Defendants) by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules

of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2024-024836, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1. On or about September 9, 2024, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Barbara Johnson, an individual, for herself and on behalf of and pending Personal Representative of the Estate of Cassidy Stigler v. City of Phoenix, a governmental entity; County of Maricopa, a government entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,* No. CV2024-024836. A copy of the Complaint and all other documents previously filed in this matter and served on Defendants is attached hereto as Exhibit A.

2. The Complaint was served on Defendants County of Maricopa and Russ Skinner on October 2, 2024.

3. The Defendants have not pleaded, answered, or otherwise appeared in the action.

4. This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

5. The lawsuit filed in Maricopa County, among other claims, alleges 42 U.S.C. § 1983 causes of action, *Monell,* tortious interference of life insurance and negligent supervision, training, and discipline of employees.

6. By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil action pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c). All Defendants who have been served consent to the removal of this action.

7.  A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit B, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants.

WHEREFORE, Defendants respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 21st day of October 2024.

        RACHEL MITCHELL
        MARICOPA COUNTY ATTORNEY


BY: /s/ Pamela A. Hostallero
      PAMELA A. HOSTALLERO
      MICHAEL E. GOTTFRIED
      Deputy County Attorneys
      *Attorney for Defendant's Maricopa*
      *County and Russ Skinner*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ D. Shinabarger*

S:\CIVIL\CIV\Matters\CJ\2024\Johnson (Stigler) v. City of Phx 2024-1175\Pleading\Word PDF\Removal Docs\NO of Removal in DC 10.11.24.docx