IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson,<br><br>       Plaintiff,<br><br>  v.<br><br>Phoenix, City of, et al.,<br><br>       Defendants. | CASE NO:<br>CV−24−02860−PHX−SPL (JZB)<br><br>**NOTICE OF ASSIGNMENT** |

     On October 21, 2024, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Steven P Logan and has been referred to Magistrate Judge John Z Boyle (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

     DATED this 21st day of October, 2024.

                                      *s/Debra D. Lucas*

                                      Debra D. Lucas<br>                                      District Court Executive & Clerk of Court

cc: Plaintiff