OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
Karen Stillwell, Bar No. 022711
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Barbara Johnson, | Case No. 2:24-cv-02860-SPL--JZB |
|---|---|
| Plaintiff, | **CITY OF PHOENIX'S NOTICE OF CONSENT TO AND JOINDER IN REMOVAL OF THIS ACTION TO FEDERAL COURT** |
| v. | |
| Phoenix, City of, et. al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant City of Phoenix, through undersigned counsel, hereby consents to and joins in the Notice of Removal filed by Defendants Maricopa County and Russ Skinner. As fully set forth in the Notice of Removal (Doc. 1), this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, due to the claims made by Plaintiff Barbara Johnson against the defendants under federal law. This Court has supplemental jurisdiction over Plaintiff's claims made under Arizona state law pursuant to 28 U.S.C. §§ 1367(a) and 1441(c). Therefore, Defendant City of Phoenix consents to and joins in this removal with full reservation of its defenses to Plaintiff's claims.

. . .

1

RESPECTFULLY SUBMITTED this 28th day of October, 2024.

JULIE M. KRIEGH, City of Phoenix Attorney

By: s/ Jody C. Corbett
    Jody C. Corbett
    Assistant City Attorney
    Karen Stillwell
    Assistant City Attorney
    *Attorneys for Defendant City of Phoenix*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Pamela A. Hostallero
Michael E. Gottfried
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
hostallp@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendant Maricopa County and Russ Skinner*

By: s/ *M. Elena Sandoval*
    4872-1210-8787 v.1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761