OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
Karen Stillwell, Bar No. 022711
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson,<br><br>         Plaintiff,<br><br>v.<br><br>Phoenix, City of, et. al.,<br><br>         Defendants. | Case No. 2:24-cv-02860-SPL--JZB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff Barbara Johnson and Defendants City of Phoenix, Maricopa County, and Sheriff Russ Skinner, through their respective undersigned counsel, stipulate and move for a four-week extension of the deadline to respond to Plaintiff's Complaint (Doc. 1-2, pp. 9-26). Pursuant to Fed. R. Civ. P. 81(c)(2), the current deadline for these served Defendants[1] to respond to the Complaint is today, October 28, 2024.[2] An extension is required because Defendants need additional time to review and investigate Plaintiff's claims against them and

---

[1] Defendant James Jarvis II has not yet been served with a Summons and Complaint, nor has he waived service.

[2] Defendant City of Phoenix had not yet appeared when the case was removed to this Court from Maricopa County Superior Court, but it consents to the removal as set forth in its Joinder and Consent to Removal filed concurrently herewith.

1

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

determine how to respond to the Complaint. In the event Defendants identify bases on which they intend to seek dismissal of some or all of Plaintiff's claims against them, they will also need sufficient time to meet and confer with Plaintiff as required by LRCiv 12.1(c).

For these reasons, the parties respectfully request a four-week extension to November 25, 2024, of the deadline for Defendants City of Phoenix, Maricopa County, and Sheriff Russ Skinner to respond to Plaintiff's Complaint.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 28th day of October, 2024.

JULIE M. KRIEGH, City of Phoenix Attorney


By:  s/ Jody C. Corbett
    Jody C. Corbett
    Assistant City Attorney
    Karen Stillwell
    Assistant City Attorney
    *Attorneys for Defendant City of Phoenix*

MILLS + WOODS LAW PLLC


By:  s/ Sean A. Woods (with permission)
    Sean A. Woods
    Robert T. Mills
    *Attorneys for Plaintiffs*

RACHEL MITCHELL
MARICOPA COUNTY ATTORNEY


By:  s/ Pamela A. Hostallero (with permission)
    Pamela A. Hostallero
    Michael E. Gottfried
    *Attorneys for Defendant Maricopa County and Russ Skinner*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

2

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on October 28, 2024, I caused the foregoing document to be

4

electronically transmitted to the Clerk's Office using the CM/ECF System for filing and

5

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6

Sean A. Woods
Robert T. Mills

7

MILLS + WOODS LAW PLLC

8

5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

9

docket@millsandwoods.com
swoods@millsandwoods.com

10

*Attorneys for Plaintiffs*

11

Pamela A. Hostallero

12

Michael E. Gottfried
CIVIL SERVICES DIVISION

13

225 West Madison Street

14

Phoenix, Arizona 85003
hostallp@mcao.maricopa.gov

15

gottfrim@mcao.maricopa.gov

16

ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendant Maricopa County and Russ Skinner*

17

18

By:   s/ *M. Elena Sandoval*

19

*4866-4771-2755 v.1.docx*

20

21

22

23

24

25

26

27

28

3