# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | Case No. 2:24-cv-02860-SPL--JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix, City of, et. al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulated Motion to Extend Deadline to Respond to Complaint, and good cause appearing,

IT IS HEREBY ORDERED extending the deadline for Defendants City of Phoenix, Maricopa County, and Sheriff Russ Skinner to respond to the Complaint to November 25, 2024.