JL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | No. CV-24-02860-PHX-SPL (JZB) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

**I.    Procedural History**

On September 9, 2024, Plaintiff Barbara Johnson, on behalf of herself and a personal representative of the Estate of Cassidy Stigler, filed, through counsel, a Complaint (Doc. 1-2 at 9-27)[1] in the Superior Court of Maricopa County, Arizona, against City of Phoenix, Maricopa County, Russ Skinner, Jane Doe Skinner, James Jarvis, and Jane Doe Jarvis.  On October 21, 2024, Defendants Maricopa County and Skinner filed a Notice of Removal and removed the case to this Court.  On October 28, 2024, Defendant City of Phoenix filed a Notice of Consent and Joinder in Removal.  That same day, Defendants City of Phoenix, Maricopa County, and Skinner filed a Stipulated Motion to Extend Deadline for Defendants to Respond to Complaint (Doc. 6).

. . . .

. . . .

---

[1] The citation refers to the document and page number generated by the Court's Case Management/Electronic Case Filing system.

TERMPSREF

**II.     Removal**

A state court defendant may remove to federal court any civil action brought in the state court over which the federal district courts would have original jurisdiction. 28 U.S.C. § 1441(a). In his Complaint, Plaintiff alleges, among other things, that Defendant Jarvis violated Cassidy Stigler's Fourth and Fourteenth Amendment rights. This Court's jurisdiction extends to such claims. *See* 28 U.S.C. § 1331 (a federal court has original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States"). The Notice of Removal was filed within 30 days of Defendants Maricopa County and Skinner being served, and the Removing Defendants indicate that all properly served Defendants consent to the removal. It therefore appears this case was timely and properly removed.

**IT IS ORDERED:**

(1)   Defendants' Stipulated Motion to Extend Deadline for Defendants to Respond to Complaint (Doc. 6) is **granted**. Defendants City of Phoenix, Maricopa County, and Skinner shall respond to the Complaint on or before **November 25, 2024**.

(2)   Plaintiff must either serve or seek a waiver of service from Defendant Jarvis.

   (a)   If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on Defendant Jarvis within 90 days of the filing of the Notice of Removal or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to Defendant Jarvis. Fed. R. Civ. P. 4(m).

   (b)   Defendant Jarvis must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(3)   Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

. . . .

(4) This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

(5) This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 14th day of November, 2024.

Honorable Steven P. Logan
United States District Judge

TERMPSREF