OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
Karen Stillwell, Bar No. 022711
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barbara Johnson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Phoenix, City of, et. al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02860-SPL--JZB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT CITY OF PHOENIX TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　Plaintiff Barbara Johnson and Defendant City of Phoenix, through their respective undersigned counsel, stipulate and move for a three-week extension of the deadline to respond to Plaintiff's Complaint (Doc. 1-2, pp. 9-26).

　　　　The current deadline for Defendant City of Phoenix[1] to respond to the Complaint is Monday, November 25, 2024. An extension is required because undersigned counsel has been unable to meet and confer with Plaintiff's counsel regarding deficiencies in Plaintiff's Complaint and Defendant's anticipated Motion to Dismiss, as required by LRCiv 12.1(c). Plaintiff's counsel indicated he is unavailable to meet and confer because he is in trial.

---

[1] Defendant James Jarvis II has not yet been served with a Summons and Complaint, nor has he waived service.

1

Accordingly, to provide counsel sufficient time to meet and confer and to allow Plaintiff to address the alleged deficiencies in her Complaint, the parties respectfully request a three-week extension, to December 16, 2024, for Defendant City of Phoenix to respond to Plaintiff's Complaint.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 22nd day of November, 2024.

JULIE M. KRIEGH, City of Phoenix Attorney

By: s/ Karen Stillwell
Jody C. Corbett
Assistant City Attorney
Karen Stillwell
Assistant City Attorney
*Attorneys for Defendant City of Phoenix*

MILLS + WOODS LAW PLLC

By: s/ Sean A. Woods (with permission)
Sean A. Woods
Robert T. Mills
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com

2

*Attorneys for Plaintiffs*

Pamela A. Hostallero
Michael E. Gottfried
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
hostallp@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendant Maricopa County and Russ Skinner*

By: __s/ *M. Elena Sandoval*__
    4866-4771-2755 v.1.docx

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761