# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Barbara Johnson, | Case No. 2:24-cv-02860-SPL--JZB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix, City of, et. al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulated Motion to Extend Deadline to Respond to Complaint (Second Request), and good cause appearing,

IT IS HEREBY ORDERED extending the deadline for Defendant City of Phoenix to respond to Plaintiff's Complaint to December 16, 2024.