RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: PAMELA A. HOSTALLERO (026711)
    MICHAEL E. GOTTFRIED (010623)
    Deputy County Attorney
    hostallp@mcao.maricopa.gov
    gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorney for Defendant Maricopa County
and Russell Skinner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of the Estate of Cassidy Stigler,<br><br>                   Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,<br><br>                   Defendant. | NO. CV-24-02860-PHX-SPL (JZB)<br><br>**CERTIFICATE OF CONFERRAL** |

  The parties attempted to meet and confer, but due to trial and vacation schedules they were unable to meet.

However, undersigned counsel notified plaintiff's counsel of all the issues in the motion to dismiss in an effort to resolve the problems with the complaint.

**RESPECTFULLY SUBMITTED** this 25th day of November 2024.

        RACHEL MITCHELL
        MARICOPA COUNTY ATTORNEY


BY: /s/ Pamela A. Hostallero
     PAMELA A. HOSTALLERO
     MICHAEL E. GOTTFRIED
     Deputy County Attorneys
     *Attorney for Defendant's Maricopa*
     *County and Russell Skinner*

## **CERTIFICATE OF SERVICE**

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ D. Shinabarger*

S:\CIVIL\CIV\Matters\CJ\2024\Johnson (Stigler) v. City of Phx 2024-1175\Pleading\Word PDF\Cert of Conferral to MTD.docx