# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendants. | No. CV-24-02860-PHX-SPL (JZB)<br><br>**ORDER** |

Pending before the Court is the parties' "Stipulated Motion to Extend Deadline for Defendant City of Phoenix to Respond to Complaint (Second Request)" ("Motion for Extension"). (Doc. 8.) The Court having reviewed the parties' Motion for Extension, and good cause appearing,

**IT IS ORDERED** that the Motion for Extension (doc. 8) is **GRANTED**. Defendant City of Phoenix must answer or otherwise to respond to Plaintiff's Complaint on or before **December 16, 2024**.

Dated this 25th day of November, 2024.

Honorable John Z. Boyle
United States Magistrate Judge