T. Scott Legal Support Services
Gary Steiner ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re the matter of:  )
                      )
BARBARA JOHNSON, et al.,  )
                      )   Case No: 2:24-cv-02860-SPL-JZB
                      )
     Plaintiff(s),    )   **CERTIFICATE OF SERVICE**
                      )
v.                    )
                      )
CITY OF PHOENIX, et al,  )
                      )
     Defendant(s).    )
_____    )

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on September 20, 2024, I received; Summons In A Civil Action, Plaintiff's Complaint and aNotice Of Removal Of Maricopa County Superior Court Case No. CV2024-024836 To The United States District Court from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Officer James Jarvis II at Mountain View Police Precinct, 2075 E. Maryland Ave., Phoenix, Arizona on December 4, 2024 at approximately 2:35 pm. I asked for Officer Jarvis at the reception window. When he came to the lobby, I verbally identified and served him.

3. This is considered to be personal service.

4. The fee I charged for this service was $85.

I declare under the penalty of perjury that the foregoing is true and correct

_____          12/5/24
Gary Steiner                       Date

Page 1