# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | No. CV-24-02860-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation for Extension of Time to Respond to County Defendants' Motion to Dismiss" ("Stipulation"). (Doc. 12.) The Court having reviewed the Stipulation, and good cause appearing,

**IT IS ORDERED** the Stipulation (doc. 12) is **GRANTED**. Plaintiff shall file the Response to the County Defendants' Motion to Dismiss (doc. 9) on or before **December 23, 2024**.

Dated this 12th day of December, 2024.

Honorable John Z. Boyle
United States Magistrate Judge