OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
Karen Stillwell, Bar No. 022711
Assistant Chief Counsel
*Attorneys for Defendants City of Phoenix and James Jarvis II*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barbara Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Phoenix, City of, et. al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02860-SPL--JZB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR CITY OF PHOENIX DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

　　　　Plaintiff Barbara Johnson and Defendants City of Phoenix and James Jarvis II, through their respective undersigned counsel, stipulate and move for an extension of their deadlines to respond to Plaintiff's Complaint (Doc. 1-2, pp. 9-26) to January 9, 2025.

　　　　The current deadline for Defendant City of Phoenix to respond to the Complaint is December 16, 2024, and the current deadline for Defendant Jarvis to respond to the Complaint is December 26, 2024. An extension of these deadlines to one common deadline is requested for several reasons. First, Defendant Jarvis was only recently served with the Complaint and Defendants' counsel needs sufficient time to investigate the claims against him and determine the response. It would be more efficient for the parties to jointly respond to the Complaint than have different responses filed at different times. The extensions requested are an approximate

1

three-week extension for Defendant City of Phoenix and a two-week extension for Defendant James Jarvis II. Additionally, undersigned counsel for the parties just recently met and conferred with Plaintiff's counsel on various bases for dismissal. Further, both undersigned counsel for Defendants have had several ill family members over the past couple weeks and they have had to take time away from work to assist their family members. Finally, with the upcoming holidays and time off for those holidays, additional time is needed to prepare a response to the Complaint.

Accordingly, for these reasons, the parties respectfully request an extension to January 9, 2025, for Defendants City of Phoenix and James Jarvis II to respond to Plaintiff's Complaint.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 16th day of December, 2024.

JULIE M. KRIEGH, City of Phoenix Attorney

By: s/ Karen Stillwell
    Jody C. Corbett
    Assistant City Attorney
    Karen Stillwell
    Assistant City Attorney
    *Attorneys for Defendants City of Phoenix and James Jarvis II*

MILLS + WOODS LAW PLLC

By: s/ Sean A. Woods (with permission)
    Sean A. Woods
    Robert T. Mills
    *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Pamela A. Hostallero
Michael E. Gottfried
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
hostallp@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendant Maricopa County and Russ Skinner*

By:   s/ *M. Elena Sandoval*
   4937-1358-3623 v.1.docx