OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barbara Johnson, | Case No. 2:24-cv-02860-SPL--JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix, City of, et. al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulated Motion to Extend Deadline for City of Phoenix Defendants to Respond to Complaint (Third Request), and good cause appearing,

IT IS HEREBY ORDERED extending the deadline for Defendants City of Phoenix and James Jarvis II to respond to Plaintiff's Complaint to January 9, 2025.

1