# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>    Defendants. | No. CV-24-02860-PHX-SPL (JZB)<br><br>**ORDER** |

Pending before the Court is the parties' "Stipulated Motion to Extend Deadline for City of Phoenix Defendants to Respond to Complaint (Third Request)" ("Motion for Extension"). (Doc. 14.) The Court having reviewed the parties' Motion for Extension, and good cause appearing,

**IT IS ORDERED** the Motion for Extension (doc. 14) is **GRANTED**. Defendants City of Phoenix and James Jarvis II must respond to Plaintiff's Complaint on or before **January 9, 2025**.

Dated this 17th day of December, 2024.

                              Honorable John Z. Boyle
                              United States Magistrate Judge