Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Cassidy Stigler,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,<br><br>Defendants. | Case No.: CV-24-02860-PHX-SPL (JZB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTY DEFENDANTS' MOTION TO DISMISS**<br><br>(Second Request)<br><br>(Assigned to the Hon. Steven P. Logan and referred to the Hon. John Z Boyle) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants County of Maricopa and Russ Skinner (collectively, the "County Defendants") hereby stipulate and agree to an additional extension of time for Plaintiffs to file their Response to County Defendants' Motion to Dismiss, ECF No. 9, until no later than January 6, 2025, in accordance with the attached [Proposed] Order. The extension is necessary and appropriate due to scheduling conflicts in other matters, including the need for Plaintiffs' counsel to prepare and file a Ninth Circuit Brief, and the Holiday Season. This Stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 20th day of December 2024.

**MILLS + WOODS LAW, PLLC**

By    /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**MARICOPA COUNTY ATTORNEY**

By    /s/ Pamela A. Hostallero (w/ permission)
    Pamela A. Hostallero
    Michael E. Gottfried
    225 W Madison St.
    Phoenix, AZ 85003
    *Attorneys for Defendants County of Maricopa and Russ Skinner*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jody C. Corbett
Jody.corbett@phoenix.gov
maria.sandoval@phoenix.gov
Karen Stillwell
Karen.stillwell@phoenix.gov
duvelsa.rios@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003
*Attorneys for Defendant City of Phoenix*

Pamela A. Hostallero
hostallp@mcao.maricopa.gov
Michael E. Gottfried
gottfrim@mcao.maricopa.gov

2

**MARICOPA COUNTY ATTORNEY**
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants County of Maricopa and Russ Skinner*

        /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556