MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Cassidy Stigler,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,<br><br>Defendants. | Case No.: CV-24-02860-PHX-SPL (JZB)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTY DEFENDANTS' MOTION TO DISMISS**<br><br>(Assigned to the Hon. Steven P. Logan and referred to the Hon. John Z Boyle) |

THE COURT, having reviewed the "Stipulation for Extension of Time to Respond to County Defendants' Motion to Dismiss (Second Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until no later than January 6, 2025 to file their Response to County Defendants' Motion to Dismiss, ECF No. 9.