# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | No. CV-24-02860-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation for Extension of Time to Respond to County Defendants' Motion to Dismiss" ("Stipulation"). (Doc. 16.) Having reviewed the Stipulation, and good cause appearing,

**IT IS ORDERED** the Stipulation (doc. 16) is **GRANTED**. Plaintiffs shall file their Response to the County Defendants' Motion to Dismiss (doc. 9) on or before **January 6, 2025**.

Dated this 23rd day of December, 2024.

Honorable John Z. Boyle
United States Magistrate Judge