RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

By: PAMELA A. HOSTALLERO (026711)
    MICHAEL E. GOTTFRIED (010623)
    Deputy County Attorney
    hostallp@mcao.maricopa.gov
    gottfrim@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorney for Defendant Maricopa County
and Sheriff Gerald Sheridan

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of the Estate of Cassidy Stigler,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Gerald Sheridan and Jane Doe Sheridan; James Jarvis II and Jane Doe Jarvis II,<br><br>Defendant. | NO. CV-24-02860-PHX-SPL (JZB)<br><br>**NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICER** |

Pursuant to Arizona Rule of Civil Procedure 25(d), Maricopa County Sheriff Gerald ("Jerry") Sheridan gives notice that he has been appointed as the successor to Maricopa

County Sheriff Russell Skinner, effective January 1, 2025, and as such, he is automatically substituted for former Sheriff Russell Skinner in this action for all official capacity claims. Because there are no individual claims against Russell Skinner in this action, Jerry Sheridan requests that the Court direct the Clerk of the Court to amend the docket to reflect this automatic substitution for all other claims.

**RESPECTFULLY SUBMITTED** this 6^(TH) day of January 2025.

>RACHEL MITCHELL
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/ Pamela A. Hostallero
>PAMELA A. HOSTALLERO
>MICHAEL E. GOTTFRIED
>Deputy County Attorneys
>*Attorney for Defendant's Maricopa*
>*County and Sheriff Gerald Sheridan*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ D. Shinabarger*

S:\CIVIL\CIV\Matters\CJ\2024\Johnson (Stigler) v. City of Phx 2024-1175\Pleading\Word PDF\NO of Sub of Public Officer - Sheridan.docx