Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Cassidy Stigler,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,<br><br>Defendants. | Case No.: CV-24-02860-PHX-SPL (JZB)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SHERIFF RUSS SKINNER FROM COUNT II**<br><br>(Assigned to the Hon. Steven P. Logan and referred to the Hon. John Z Boyle) |

Through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby notify the Court and the parties of their dismissal without prejudice of Sheriff Russ Skinner as a Defendant from Count II of their Complaint. Rule 41 entitles Plaintiff to do so. *See Romoland v. Inland Empire*, 548 F.3d 738, 748 (9th Cir. 2008) ("Federal Rule of Civil Procedure 41 allows plaintiffs voluntarily to dismiss some or all of their claims against some or all defendants."). Because Sheriff Russ Skinner has not filed an answer or a motion for summary judgment, the dismissal is effective upon the filing of this Notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED** this 6th day of January 2025.

MILLS + WOODS LAW, PLLC

By   */s/ Sean A. Woods*
     Robert T. Mills
     Sean A. Woods
     5055 North 12th Street, Suite 101
     Phoenix, AZ 85014
     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jody C. Corbett
Jody.corbett@phoenix.gov
maria.sandoval@phoenix.gov
Karen Stillwell
Karen.stillwell@phoenix.gov
duvelsa.rios@phoenix.gov
OFFICE OF THE CITY ATTORNEY
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003
*Attorneys for Defendant City of Phoenix*

Pamela A. Hostallero
hostallp@mcao.maricopa.gov
Michael E. Gottfried
gottfrim@mcao.maricopa.gov
MARICOPA COUNTY ATTORNEY
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants County of Maricopa and Russ Skinner*

     */s/ Ben Dangerfield*