# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | No. CV-24-02860-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation for Extension of Time to Respond to City Defendants' Motion to Dismiss (First Request)" ("Stipulation for Extension"). (Doc. 23.) Having reviewed the stipulation, and good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension (doc. 23) is **GRANTED**. Plaintiff shall file the Response to Defendants City of Phoenix and James Jarvis II's Motion to Dismiss (doc. 21) on or before **January 30, 2025**.

Dated this 24th day of January, 2025.

Honorable John Z. Boyle
United States Magistrate Judge