Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Cassidy Stigler,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II,<br><br>Defendants. | Case No.: CV-24-02860-PHX-SPL (JZB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CITY DEFENDANTS' MOTION TO DISMISS**<br><br>(Second Request)<br><br>(Assigned to the Hon. Steven P. Logan and referred to the Hon. John Z Boyle) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants City of Phoenix and James Jarvis II (collectively, the "City Defendants") hereby stipulate and agree to an additional extension of time for Plaintiffs to file their Response to "Defendants City of Phoenix and James Jarvis II's Motion to Dismiss," ECF No. 21, until no later than February 6, 2025, in accordance with the attached [Proposed] Order. The extension is necessary and appropriate due to scheduling conflicts in other matters. This Stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 29th day of January 2025.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**OFFICE OF THE CITY ATTORNEY**

By   */s/ Jody C. Corbett (w/ permission)*
    Jody C. Corbett
    Karen Stillwell
    200 W Washington, Ste. 1300
    Phoenix, AZ 85003
    *Attorneys for Defendant City of Phoenix and James Jarvis II*

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jody C. Corbett
Jody.corbett@phoenix.gov
maria.sandoval@phoenix.gov
Karen Stillwell
Karen.stillwell@phoenix.gov
duvelsa.rios@phoenix.gov
**OFFICE OF THE CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, AZ 85003
(602) 262-6761
*Attorneys for Defendant City of Phoenix and James Jarvis II*

Pamela A. Hostallero
hostallp@mcao.maricopa.gov
loucksd@mcao.maricopa.gov
shinabad@mcao.maricopa.gov
Michael E. Gottfried
gottfrim@mcao.maricopa.gov
christij@mcao.maricopa.gov
rita.kleinman@mcao.maricopa.gov
**MARICOPA COUNTY ATTORNEY**
ca-civilmailbox@mcao.maricopa.gov
225 W Madison St.
Phoenix, AZ 85003
*Attorneys for Defendants County of Maricopa and Russ Skinner*

    */s/ Ben Dangerfield*

3