Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, an individual, for herself and on behalf of and as pending Personal Representative of The Estate of Cassidy Stigler, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, a governmental entity; County of Maricopa, a governmental entity; Russ Skinner and Jane Doe Skinner; James Jarvis II and Jane Doe Jarvis II, <br><br> Defendants. | Case No.: CV-24-02860-PHX-SPL (JZB) <br><br> **[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO CITY DEFENDANTS' MOTION TO DISMISS** <br><br> (Assigned to the Hon. Steven P. Logan and referred to the Hon. John Z Boyle) |

THE COURT, having reviewed the second "Stipulation for Extension of Time to Respond to City Defendants' Motion to Dismiss" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until no later than February 6, 2025 within which to file their Response to "Defendants City of Phoenix and James Jarvis II's Motion to Dismiss," ECF No. 21.