# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | No. CV-24-02860-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulation for Extension of Time to Respond to City Defendants' Motion to Dismiss (Second Request)" ("Stipulation for Extension"). (Doc. 25.) The Court having reviewed the stipulation, and good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension (doc. 25) is **GRANTED**. Plaintiff shall file the Response to the City Defendants' Motion to Dismiss (doc. 21) on or before **February 6, 2025**.

Dated this 29th day of January, 2025.

Honorable John Z. Boyle
United States Magistrate Judge