OFFICE OF THE CITY ATTORNEY
JULIE M. KRIEGH, City Attorney State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Jody C. Corbett, Bar No. 019718
Assistant City Attorney
Karen Stillwell, Bar No. 022711
Assistant Chief Counsel
*Attorneys for Defendants City of Phoenix and James Jarvis II*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Phoenix, City of, et. al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02860-SPL--JZB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR CITY OF PHOENIX DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>(First Request) |

　　　　Plaintiff Barbara Johnson and Defendants City of Phoenix and James Jarvis II, through their respective undersigned counsel, stipulate and move for an extension of the deadline for these Defendants to file their Reply in Support of their Motion to Dismiss for one week to February 20, 2025.

　　　　The current deadline for Defendants City of Phoenix and Jarvis to file their Reply in support of their Motion to Dismiss respond to the Complaint is February 13, 2025. Due to deadlines in other matters and scheduled depositions and hearings occurring in the next week, undersigned counsel for Defendants need additional time to prepare the Reply. Accordingly, the parties respectfully request an extension to February 20, 2025, for Defendants City of

1

Phoenix and James Jarvis II to file their Reply in support of their Motion to Dismiss Plaintiff's Complaint.

A proposed Order is attached pursuant to LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 12th day of February, 2025.

JULIE M. KRIEGH, City of Phoenix Attorney

By: s/ Jody C. Corbett
Jody C. Corbett
Assistant City Attorney
Karen Stillwell
Assistant Chief Counsel
*Attorneys for Defendants City of Phoenix and James Jarvis II*

MILLS + WOODS LAW PLLC

By: s/ Sean A. Woods (with permission)
Sean A. Woods
Robert T. Mills
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

2

Pamela A. Hostallero
Michael E. Gottfried
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
hostallp@mcao.maricopa.gov
gottfrim@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendant Maricopa County and Russ Skinner*

By:  s/ *M. Elena Sandoval*
   *4938-0907-2153 v.1.docx*

OFFICE OF THE CITY ATTORNEY
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

3