

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Phoenix, City of, et. al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02860-SPL--JZB<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulated Motion to Extend Deadline for City of Phoenix Defendants to File Reply in Support of Motion to Dismiss (First Request), and good cause appearing,

IT IS HEREBY ORDERED extending the deadline for Defendants City of Phoenix and James Jarvis II to file their Reply in support of their Motion to Dismiss Plaintiff's Complaint to February 20, 2025.

1