IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Johnson, | No. CV-24-02860-PHX-SPL (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the parties' "Stipulated Motion to Extend Deadline for City of Phoenix Defendants to File Reply in Support of Motion to Dismiss" ("Stipulation for Extension"). (Doc. 28.) The parties seek a one-week extension of the deadline for Defendants Jarvis and the City of Phoenix to file the Reply in support of the Motion to Dismiss. (*Id.*) Having reviewed the motion, and good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension (doc. 28) is **GRANTED**. Defendants Jarvis and the City of Phoenix must file the Reply in support of the Motion to Dismiss (doc. 21) on or before **February 20, 2025**.

Dated this 12th day of February, 2025.

Honorable John Z. Boyle
United States Magistrate Judge